# ARLETH,
### *Respondent,*
### *v.*
# SILER et ux,
### *Appellants.*

## (No. A7812-20330, CA 17560)

622 P2d 1156

Deane Sterndale Bennett, Portland, argued the cause for appellants. With him on the brief was Robert L. McKee, Portland.

Larry Dawson, Portland, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

Appellant's brief does not comply with Rule 7.19 of the Rules of Appellate Procedure. We decline to consider the appeal.

Affirmed.